*The McKee Firm, Ira K. McKee*, for appellants.
*Clark Law Group, John C. Clark; Zimmerman & Associates, Barry L. Zimmerman*, for appellees.

A15A0405. BARNES v. ROSEBURG FOREST PRODUCTS COMPANY et al.
(792 SE2d 435)

PHIPPS, Presiding Judge.

In *Roseburg Forest Products Co. v. Barnes*,[1] the Supreme Court of Georgia reversed this court's decision in *Barnes v. Roseburg Forest Products Co.*[2] Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Doyle, C. J., and Boggs, J., concur.*

---

[1] 299 Ga. 167 (787 SE2d 232) (2016).
[2] 333 Ga. App. 273 (775 SE2d 748) (2015).

DECIDED OCTOBER 17, 2016.

*Kermit S. Dorough, Jr.*, for appellant.

*Speed, Seta, Martin & Trivett, Eric L. Trivett, Danielle R. Taylor; Swift, Currie, McGhee & Hiers, Michael Rosetti*, for appellees.

*Georgia Legal Foundation, Dylan A. Bess, Todd K. Maziar, Pamela M. Orenstein*, amici curiae.